# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CHRISTOPHER SCOTT

CRIMINAL COMPLAINT

CASE NUMBER: 08-2602RLD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 7, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant did knowingly and intentionally manufacture and possess with intent to distribute a Schedule I controlled substance, that is, marihuana, in violation of Title 21, United States Code, Section 841(a)(1). Furthermore, on or about May 7, 2008, in Miami-Dade County, in the Southern District of Florida, the defendant, during and in relation to a drug trafficking crime, possessed firearms in furtherance of said drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1)(A).

I further state that I am a Special Agent with the United States Secret Service, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

DAVID JEFFREY, SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn to before me, and subscribed in my presence,

May 8, 2008   at   Miami, Florida
Date              City and State

HON. ROBERT L. DUBÉ
United States Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

I, David Jeffrey, being duly sworn, do hereby depose and state the following:

1. I am a Special Agent with the United States Secret Service ("Secret Service") and have been so employed since August 2003. I am currently assigned to the Miami Field Office, Electronic Crimes Squad, and my duties include, among other things, the investigation of electronic crimes and credit card fraud. Prior to my employment with the United States Secret Service, I was employed as a Deputy Sheriff for Hillsborough County for approximately four years. During this period, I served as a uniformed patrol officer, domestic violence investigator, and field training officer. My law enforcement experience has included various investigations into crimes against persons, property, and controlled substances. I received the following information in my official capacity as a result of my own investigation, from other law enforcement officers, and from other individuals who have personal knowledge of the facts. This affidavit contains only those facts that I believe are necessary to support the finding on probable cause, and the affidavit does not include all the facts involved in this matter.

2. On March 6, 2008, the Secret Service obtained a federal search warrant, 08-2568-RLD, pursuant to an unrelated federal bank fraud and computer fraud violation. The aforementioned search warrant was for a house located at 9611 S.W. 148th Place, Miami, Florida, and the target individual of that investigation was Christopher SCOTT, who lives at that residence. Members of the Secret Service, along with members of the Miami-Dade Police Department executed the search warrant at approximately 8:00 A.M. on March 7, 2008.

3. Upon entering the residence, agents observed one bedroom located on the

-1-

ground floor containing a marijuana grow-lab. The contents of the grow-lab consisted of approximately 75 marijuana plants that were suspended in a rock and water irrigation-suspension system. Additionally, the room was also insulated with a reflective foil surface, air-flow control devices, growth lights, and timers. Based upon my training and experience, I am able to recognize marijuana plants, and I know that the aforementioned items are commonly used in the cultivation of marijuana.

4. An additional bedroom located on the ground floor of the residence contained a drying device, which contained drying trays and dried marijuana in plastic bags. The drying room also contained a machine that would pump oxygen to dry the marijuana, and a refrigerator that was used to store the marijuana. At the time of the search, agents recovered a loaded revolver and an AR-15 rifle in the bedroom that contained the drying equipment. Additionally, in a safe located in the drying room, agents recovered approximately $6,000 and a semi-automatic pistol. Based upon my training and experience, I believe that the aforementioned items were the proceeds and accessories in committing the crime of possession of marijuana with the intent to distribute it, in violation of Title 18, United States Code, Section 841(a).

5. Christopher SCOTT was read his *Miranda* rights, and he agreed to waive those rights and answer questions. Scott stated, in sum and substance, "I own and reside at 9611 S.W. 148th Place, Miami, Florida, with my girlfriend and her five-year old daughter. The marijuana, the firearms, and the money are all mine." SCOTT initially denied that he sold marijuana, stating that the marijuana in his home was for personal consumption, but then later stated that he sold marijuana to his friends.

6. Based on the information stated above, I submit that there is probable cause to

believe SCOTT did knowingly and intentionally possess with the intent to manufacture, distribute, and dispense, a controlled substance, which was marijuana, in violation of Title 21 United States Code, Section 841(a). Moreover, based upon the aforementioned information, I submit that SCOTT possessed the above-described firearms during and in relation to his drug trafficking crime, in violation of Title 18, United States Code, Section 922(c)(1)(A).

FURTHER AFFIANT SAYETH NAUGHT.

DAVID JEFFREY, SPECIAL AGENT
UNITED STATES SECRET SERVICE

Sworn to before me this
8th day of May, 2008.

HON. ROBERT L. DUBÉ
UNITED STATES MAGISTRATE JUDGE