

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
Plaintiff

CASE NUMBER: CR-08-2602 RLD

-vs-

REPORT COMMENCING CRIMINAL ACTION

Scott, Chris
Defendant

80497 004
USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT          (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A

1) DATE AND TIME OF ARREST: 5/8/08    AM___  PM___

2) LANGUAGE SPOKEN: ENG

3) OFFENSE(S) CHARGED: PWID Marijuana; Poss F/A

DATE OF BIRTH: 12/5/82

TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
{ } INDICTMENT    {✓} COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: _____

REMARKS: _____

DATE: 5/8    (8) ARRESTING OFFICER: SS, Jeffrey

AGENCY: SS    (10) PHONE: _____

COMMENTS: _____